UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                  *      CASE NO. 19-11373

DAGNY KROGH                 *      SECTION "B"

               *

          *Debtor*                 *      CHAPTER 13

                                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO BANKRUPTCY PLAN

Flag Boy Properties, LLC (sometimes referred to as "FBP"), through undersigned counsel, respectfully files this objection to the *Chapter 13 Bankruptcy Plan* [ECF No. 2] (the "Plan"), and in support represents as follows:

1. FBP acquired a tax sale certificate for a 100% ownership of an immovable property located at 5730 Albany Street in New Orleans, Louisiana (the "Property") owned by the Debtor via a tax sale conducted on April 10, 2018 for unpaid 2017 taxes. The tax sale certificate was recorded in the conveyance records on June 12, 2018.

2. The Louisiana Constitution authorizes the sale of immovable property for unpaid taxes after the expiration of the year in which the taxes are due. La. Const. Art. VII § 25(A)(1).

3. The Constitution further provides that the tax sale certificate is redeemable for three years after recordation.

> The property sold shall be redeemable for three years after the date of recordation of the tax sale, by paying the price given, including costs, five percent penalty thereon, and interest at the rate of one percent per month until redemption.

*Id.* at § 25(B)(1).

1

4. Under La. R.S. 47:2241, "[a]ll redemptive periods provided in the Louisiana Constitution shall be peremptive."

5. While bankruptcy law provides an automatic stay preventing the tax sale purchaser from taking steps to quiet title, it does not stay the tax sale redemptive period. *See In re Curley*, 572 B.R. 622, 637 (Bankr. E.D. La. 2017).

6. Pursuant to La. R.S. 47:2121, a tax title converts to ownership upon the completion of two elements: The expiration of the redemptive period and the tax sale party being duly notified.

> A tax sale confers on the tax sale purchaser, or on the political subdivision to which the tax sale property is adjudicated, only tax sale title. If the tax sale property is not redeemed within the redemptive period, then at the termination of the redemptive period, tax sale title transfers to its holder ownership of the tax sale property, free of the ownership and other interests, claims, or encumbrances held by all duly notified persons. Tax sale title is fully transferable and heritable, but any successor of a tax sale title takes it subject to any existing right to redeem the property, or to assert a nullity, to the extent and for the period of time that the right would have existed in the absence of the transfer or succession.

La. R.S. 47:2121(C)(1).

7. In the instant case, the redemptive period will expire on June 12, 2021.

8. To the extent that the Plan provides for the redemption of FBP's tax sale certificate prior to the expiration of the redemptive period, FBP does not object.

9. To the extent that the Plan attempts to extend the redemptive period beyond June 12, 2021, FBP objects and reserves the right to claim ownership of the Property under La. R.S. 47:2121.

2

Respectfully submitted,

JONAH FREEDMAN LAW, LLC

BY: _____

Jonah A. Freedman (#35780)
700 Camp St., Ste 316
New Orleans, LA 70130
Phone: 504-475-8075
Facsimile: 504-273-4340
Email: jonah@jonahfreedmanlaw.com
*Attorney for Flag Boy Properties, LLC*

3

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-11373 |
| | * | |
| DAGNY KROGH | * | SECTION "B" |
| | * | |
| *Debtor* | * | CHAPTER 13 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE OF OBJECTION TO BANKRUPTCY PLAN

I hereby certify that I have this day served a copy of the Objection to Bankruptcy Plan upon the following individuals by electronic notice, this 2nd day of July, 2019.

- S. J. Beaulieu Jr., Bankruptcy Trustee, ecf@ch13no.com
- Kevin K. Gipson on behalf of Dagny Krogh, kevingipson@gmail.com

/s/ Jonah A. Freedman

JONAH A. FREEDMAN
Attorney for Flag Boy Properties, LLC
700 Camp St., Ste 316
New Orleans, LA 70130
Ph: (504) 475-8075
Bar No. 35780

4